No. 84–2003. ETTER *v.* COMMISSIONER OF PATENTS AND TRADEMARKS. C. A. Fed. Cir. Certiorari denied.

No. 84–2004. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION *v.* MISSOURI STATE HIGHWAY PATROL ET AL.; and

No. 85–42. PRICE *v.* WHITMER, SUPERINTENDENT, MISSOURI STATE HIGHWAY PATROL, ET AL. C. A. 8th Cir. Certiorari denied. Reported below: 748 F. 2d 447.

No. 84–2006. JOHNSON ET UX. *v.* RIGHETTI ET AL. C. A. 9th Cir. Certiorari denied.

No. 84–2007. THOMPSON *v.* UNITED STATES (two cases). C. A. 3d Cir. Certiorari denied.

No. 84–2010. MEADOWS *v.* ALABAMA. Sup. Ct. Ala. Certiorari denied.

No. 84–2012. BRAND *v.* NEW YORK. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 84–2014. FLORES *v.* SOUTHERN PACIFIC TRANSPORTATION CO. ET AL. Ct. App. Tex., 6th Sup. Jud. Dist. Certiorari denied.

No. 84–2017. PALMER *v.* CITY OF SEATTLE. Sup. Ct. Wash. Certiorari denied.

No. 84–2019. BARNEY *v.* HALPERIN, STATE TAX ASSESSOR. Sup. Jud. Ct. Me. Certiorari denied.

No. 84–2020. PURSUE ENERGY CORP. ET AL. *v.* BERRY. Sup. Ct. Miss. Certiorari denied.

No. 84–2021. MCGREEVY *v.* DANNON CO., INC., ET AL. C. A. 2d Cir. Certiorari denied.

No. 84–2024. SNAER *v.* TERRITORY OF GUAM. C. A. 9th Cir. Certiorari denied.

No. 84–2025. MONON SHIPPERS ASSN., INC., ET AL. *v.* INTERSTATE COMMERCE COMMISSION ET AL. C. A. 7th Cir. Certiorari denied.

No. 84–2029. GASPARRO *v.* CONNECTICUT. Sup. Ct. Conn. Certiorari denied.